# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2304

_____

United States of America

*Plaintiff - Appellee*

v.

Jakheeno Stewart

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: March 9, 2018
Filed: March 14, 2018
[Unpublished]

_____

Before GRUENDER, BOWMAN, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Jakheeno Stewart appeals from the sentence imposed by the District Court[1] after he pleaded guilty to a gun charge. His counsel has moved to withdraw and has

---

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas.

submitted a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), questioning the reasonableness of Stewart's sentence.

After review, we conclude that the district court did not impose an unreasonable sentence.  There was no indication that it overlooked a relevant 18 U.S.C. § 3553 factor or committed a clear error of judgment in weighing relevant factors.  <u>See</u> <u>Gall v. United States</u>, 552 U.S. 38, 51 (2007) (standard of review).  We have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and we find no nonfrivolous issues for appeal.  We affirm the sentence and grant counsel leave to withdraw.

———————————————